# PD-1316-15

PD-1316-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/23/2015 11:49:14 AM
Accepted 10/23/2015 12:54:20 PM
ABEL ACOSTA
CLERK



# BRAZOS COUNTY ATTORNEY'S OFFICE

### RODNEY W. ANDERSON, COUNTY ATTORNEY

October 23, 2015

Clerk of the Court
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

Re: PD-1316-15, *State of Texas v. Cristan Drayce Williams*

Clerk of the Court,

This case is on appeal from County Court at Law No. 2 of Brazos County, Texas. The trial and appellate prosecutor for the State is the Brazos County Attorney's Office. Notices from the Court thus far have been provided instead to the Brazos County District Attorney's Office. The State respectfully requests notice be provided to:

> Rodney Anderson
> Brazos County Attorney
> 300 E. 26th Street Suite 1300
> Bryan, Texas 77803

For notice via e-mail, the Brazos County Attorney's Office requests notice be sent to equisenberry@brazoscountytx.gov.

Thank you for your time and attention to this matter.


Eric K. Quisenberry
Assistant County Attorney
Brazos County Attorney's Office
300 E. 26th Street, Ste. 1300
Bryan, Texas 77803
Phone: (979) 361-4300
Fax: (979) 361-4312
equisenberry@brazoscountytx.gov

Copied to:
Benton Watson
John Paschall
Lisa McMinn

FILED IN
COURT OF CRIMINAL APPEALS

October 23, 2015

ABEL ACOSTA, CLERK